United States District Court
Southern District of Texas
**ENTERED**
March 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| DAVID SHETTER, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-3984 |
| | § | |
| HIGGMARK MAINTENANCE | § | |
| SERVICES, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On February 25, 2020 the Plaintiffs David Shetter, Guy Sharpe and all opt-in plaintiffs who have filed a consent to joint this lawsuit and Defendants Higgmark Maintenance Services, LLC and Tim Higgins filed a Rule 41 Stipulation of Dismissal with Prejudice (Dkt. 55) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

Signed on March 5, 2020.

George C. Hanks, Jr.
United States District Judge